UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLENA FELIX-LEON,<br><br>　　　　　　　　　　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Respondent. | Case No.: 3:16-cv-02202-BEN<br>　　　　　　3:14-cr-03603-BEN-1<br><br>**ORDER DENYING AS MOOT MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255** |

On August 13, 2015, Movant Violena Felix-Leon was convicted and sentenced to 57 months in custody for violating 21 U.S.C. §952, 960. Movant pleaded guilty pursuant to a plea agreement wherein she waived her right to collaterally attack her conviction and sentence. Notwithstanding her waiver, On August 30, 2016, Movant proceeding pro se filed a Motion to Vacate, Set Aside, or Correct her Sentence pursuant to 28 U.S.C. § 2255. (Docket No. 31.)[1] In short, Movant's motion asks the Court to vacate her sentence, grant her a minor role reduction, and re-sentence her accordingly; she did not challenge her conviction. Respondent, the United States ("the government"), filed a response, opposing the motion.

---

[1] All docket citations refer to the criminal case docket, No. 14-cr-03603-BEN-1.

1

The Court takes judicial notice that on March 15, 2017, while Movant's motion was pending, she was released from the Bureau of Prisons' ("BOP's") custody. *See* Federal Bureau of Prisons Website, *Inmate Locater Detail for Violena Felix-Leon, Register No. 48732-298*, *available at* https://www.bop.gov/inmateloc/; *Qureshi v. Sanders*, 563 F. Supp. 2d 1154, 1156 n.2 (C.D. Cal. 2008) (taking judicial notice of BOP's "Inmate Locator" website, which showed petitioner's release from BOP's custody).

As a result, Movant's motion is moot. *See Aaron v. Pepperas*, 790 F.2d 1360, 1361-62 (9th Cir. 1986) (concluding petitioner's habeas petition moot where petitioner has satisfied his sentence and "merely contests the imposition and duration of his sentence"). Therefore, Movant's motion is denied.

**IT IS SO ORDERED.**

Dated: April 10, 2018

Hon. Roger T. Benitez
United States District Judge